# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134892

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

JAHMAL ASTAR DILLAHUNTY,
　　　　Defendant-Appellant.

SC: 134892
COA: 269691
Oakland CC: 2005-204583-FC

_____/

　　　　On order of the Court, the application for leave to appeal the July 31, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007　　　　　　　　　　　　　　　　_____

p1119　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk